UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 8 21 cr 43 |
| Plaintiff, | : | |
| | : | INDICTMENT — MICHAEL J. NEWMAN |
| v. | : | 18 U.S.C. § 922(g)(1) |
| | : | |
| **MAC DORSEY,** also known as Mac Dorsey III, | : | FORFEITURE |
| | : | |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about September 17, 2020, in the Southern District of Ohio, defendant **MAC DORSEY, also known as Mac Dorsey III,** knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, defendant **MAC DORSEY, also known as Mac Dorsey III**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to, a 9mm Springfield XDS pistol, SN: AT210597 with magazine and 12 rounds of 9mm ammunition.

A TRUE BILL

/S/ SIGNED
Foreperson

VIPAL J. PATEL
Acting United States Attorney

BRENT G. TABACCHI
Assistant United States Attorney